IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY JOSEPH GANN                                                      PLAINTIFF

V.                              NO: 4:16CV00788 SWW/PSH

JOHN RANDALL                                                             DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge Susan Webber Wright. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Anthony Joseph Gann filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on October 27, 2016 (Doc. No. 2). Mail sent to Gann was returned as undeliverable on March 3, 2017, and the envelope was entered on the docket. *See* Doc. No. 16. On that same date, the Court entered a text order. *See* Doc. No. 17. In the order, Gann was notified that the mail could not be delivered to him because he was no longer at the address he provided. Gann was directed to provide notice of his current mailing address by no later than thirty days from the entry of the March 3, 2017 text order. He was warned that his failure to provide a current mailing address would cause the undersigned to recommend his complaint be dismissed. A printed version of the

text order was sent to him at his last known address. The envelope containing the text order could not be delivered to Gann because he was no longer at the address he provided, and the envelope was returned to the Clerk of the Court and entered on the docket. *See* Doc. No. 19.

More than 30 days have passed, and Gann has not complied or otherwise responded to the March 3 order. Gann also failed to notify the Clerk and the other parties to the proceedings of a change in his address as required by Local Rule 5.5(c)(2). Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT Gann's complaint and amended complaint (Doc. Nos. 2 & 6) be DISMISSED WITHOUT PREJUDICE.

DATED this 11th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE