# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ANTHONY JOSEPH GANN**                                          **PLAINTIFF**

**V.**                **NO: 4:16CV00788 SWW/PSH**

**JOHN RANDALL**                                            **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 8th day of August, 2017.

                                                         /s/Susan Webber Wright
                                                         UNITED STATES DISTRICT JUDGE